```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 10-20982-CIV-LENARD
                          MAGISTRATE JUDGE P. A. WHITE

LEONARD DUPREE,               :

        Petitioner,           :

v.                            :      REPORT OF
                                     MAGISTRATE JUDGE
WALTER MCNEIL,                :

        Defendant.            :
_____
```

The pro-se petitioner, Leonard Dupree filed a habeas corpus petition attacking his conviction in F00-1668 entered in Miami Dade County for armed robbery.

The petitioner filed a habeas corpus petition attacking this same state conviction in Case No. 10-20989-Civ-Gold. That case is pending in this Court and the state has filed a response.

There is no need for there to be two, duplicative habeas corpus petitions in this Court, and it is therefore recommended that this Case, 10-20982- Civ-Lenard be dismissed, as the prior petition is currently ripe for review.

It is therefore recommended that this case be dismissed as duplicative of case no. 10-20989-Civ-Gold.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 5th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Leonard Dupree, Pro Se
    194891
    Century CI
    Address of record