**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-20982-CIV-LENARD/WHITE

**LEONARD DUPREE**,

       Petitioner,

vs.

**WALTER MCNEIL**,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 4)**
**AND DISMISSING HABEAS CORPUS PETITION (D.E. 1)**

       **THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 4), issued on August 6, 2010. In his Report, Magistrate Judge White recommends that the habeas corpus petition (D.E. 1), filed by Petitioner on March 29, 2010, in this case is duplicative and therefore should be dismissed. The Report indicates that the instant petition attacks the same state conviction as does the petition in Case No. 10-20989-Civ-Gold. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 4), issued on August 6, 2010, is **ADOPTED.**

2. Plaintiff's Petition for Writ of Habeas Corpus (D.E. 1), filed on March 29, 2010, is **DISMISSED** as duplicative..

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2010.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**